| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Reginald Jenkins, Jr., Esq.<br>FLORIO PERRUCCI STEINHARDT & FADER, LLC<br>218 Route 17N, Suite 410<br>Rochelle Park, New Jersey 07662<br>(201) 843-5858 phone<br>(201) 843-5877 fax<br>RJenkins@fpsflawfirm.com<br>Attorneys for Plaintiff, PKF-Mark III, Inc. | Case No.: 15-29780-JNP<br><br>Chapter 11<br><br>Judge Hon. Jerrold N. Poslusny, Jr. |
| In Re:<br><br>GRIFFIN SIGN, INC.,<br><br>                    Debtor. | Adv. Pro. No.: 16-01632-JNP<br><br>Hearing Date: June 6, 2017 at 2:00 p.m. |
| PKF-Mark, III, Inc.<br>                    Plaintiff,<br>v.<br>GRIFFIN SIGN, INC.,<br>                    Defendant. | |

## ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: June_____, 2017          _____
                                                                            Honorable Jerrold N. Poslusny, Jr.
                                                                            United States Bankruptcy Court

**ORDER**

**THIS MATTER** having been opened to the Court on application of Florio Perrucci, Steinhardt & Fader, LLC attorneys for Plaintiff, PKF-Mark, III, Inc. ("PKF"), seeking an Order striking the Answer and Counterclaim Debtor/Defendant, Griffin Sign, Inc. ("Griffin") Counterclaim due to its failure to provide responses to, and the Court having considered the submissions and arguments of counsel, and for good cause shown:

**IT IS on this _____ day of_____, 2017 ORDERED**, as follows:

1. The Answer and Counter-claim of Griffin Signs, Inc. is hereby stricken.

2. PFK is awarded, and Griffin is directed to pay, PKF's attorney fees in the amount of $1,435.00.

**IT IS FURTHERED ORDERED** that a copy of the within Order shall be served upon all counsel of record within _____days of its entry hereof.

(  ) opposed

(  ) unopposed