| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Reginald Jenkins, Jr., Esq.<br>FLORIO PERRUCCI STEINHARDT & FADER, LLC<br>218 Route 17N, Suite 410<br>Rochelle Park, New Jersey 07662<br>(201) 843-5858 phone<br>(201) 843-5877 fax<br>RJenkins@fpsflawfirm.com<br>Attorneys for Plaintiff, PKF-Mark III, Inc. | Case No.: 15-29780-JNP<br><br>Chapter 11<br><br>Judge Hon. Jerrold N. Poslunsny, Jr. |
| In Re:<br><br>GRIFFIN SIGN, INC.,<br><br>                         Debtor. | Adv. Pro. No.:  16-01632-JNP<br><br>Hearing Date: June 6, 2017 at 2:00 p.m. |
| PKF-Mark, III, Inc.<br>                         Plaintiff,<br>v.<br><br>GRIFFIN SIGN, INC.,<br>                         Defendant. | |

**CERTIFICATION OF SERVICE**

    I certify that on this day I caused to be served, via ECF and e-mail, true and correct copies of the foregoing Notice of Motion to Strike debtor/defendant's Answer and Counterclaim, Certification of Counsel, Proposed Form of Order and this Certification of Service were delivered via ECF and email transmission to the following:

    Peter Leyh, Esq.
    Braverman Kaskey, PC
    One Liberty Place, 56th flr.
    Philadelphia, PA  19103

{00467204.DOCX }

Dated: May 10, 2017 /s/Reginald Jenkins, Jr.
Reginald Jenkins, Jr., Esq.
Florio Perrucci Steinhardt & Fader, LLC
*Attorneys for Plaintiff, PKF-Mark III, Inc.*

{00467204.DOCX }